UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**DAVID D. AUSTIN,**
        **Petitioner,**

v.                                              Case No. 15-CV-0272

**JUDY P. SMITH, Warden,**
**Oshkosh Correctional Institution,**
        **Respondent.**
_____

## ORDER

Petitioner David Austin has filed a petition for a writ of habeas corpus. On March 16, 2015, I denied petitioner's motion for counsel and motion for leave to conduct discovery without prejudice, concluding that petitioner's filings thus far indicate that he is capable of litigating the case himself and that the request for discovery was premature. Petitioner now asks me to reconsider those decisions.

Nothing in petitioner's request for reconsideration persuades me to change my decision at this time. Petitioner still appears capable of litigating himself, and his request for discovery is still premature because respondent has not yet filed an answer.

**THEREFORE, IT IS ORDERED** that petitioner's request for reconsideration (ECF No. 16) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2015.

                                                                 s/ Lynn Adelman
                                                                  _____
                                                                  LYNN ADELMAN
                                                                  District Judge